UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN S. CORRAL, | No. 2:24-cv-0282 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| OWENS, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without a lawyer. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff filed a notice with the court stating that the court erred in granting in forma pauperis ("IFP") in this case because he is subject to the three strikes bar under 28 U.S.C. § 1915(g). ECF No. 6 at 1. "Plaintiff requests that all funds that the Court received as payment to be returned to Plaintiff directly at the address on the record." Id. at 1-2. However, plaintiff has not requested leave to proceed IFP under 28 U.S.C. § 1915, nor has plaintiff paid the court's filing fee in this case. It is therefore unclear whether plaintiff filed the notice regarding IFP in this case by mistake or was under the mistaken assumption he had been granted IFP in this case.

The court has confirmed that plaintiff has three strikes and would be required to pay the fee in this case. See Corral v. Unknown, No. 2:23-cv-1058 DAD CKD, 2024 WL 2700655, 2024

1

U.S. Dist. LEXIS 1178 (E.D. Cal. May 24, 2024), findings and recommendations adopted 2024 WL 3570878, 2024 U.S. Dist. LEXIS 133532 (E.D. Cal. July 29, 2024).  Plaintiff is therefore precluded from proceeding IFP in this action unless plaintiff is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).  Plaintiff has not alleged any facts which suggest that he is under imminent danger of serious physical injury, see ECF No. 1, and thus would be required to submit the appropriate filing fee in order to proceed with this action.

The court will direct plaintiff to inform the court whether he wants to proceed with this action or voluntarily dismiss this case without prejudice.  If plaintiff wants to proceed, the court will recommend IFP be denied, and plaintiff be required to pay the filing fee for this case.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within twenty-one days from the date of this order, a notice of election informing the court whether he wants to proceed or voluntarily dismiss this case.

DATED: December 27, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2