UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN S. CORRAL,<br><br>           Plaintiff,<br><br>      v.<br><br>OWENS,<br><br>           Defendant. | No.  2:24-cv-0282 WBS AC P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding without a lawyer, seeking relief pursuant to 42 U.S.C. § 1983.  This action was referred to the undersigned by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On September 25, 2024, plaintiff filed a notice stating that the court had erred in granting in forma pauperis ("IFP") status in this case because he is subject to the three strikes bar under 28 U.S.C. § 1915(g).  ECF No. 6 at 1.  "Plaintiff requests that all funds that the Court received as payment to be returned to Plaintiff directly at the address on the record."  Id. at 1-2.  However, plaintiff had neither requested leave to proceed IFP nor paid the filing fee.  On December 27, 2024, the undersigned confirmed that plaintiff has three strikes and must pay the fee unless he is "under imminent danger of serious physical injury."  See ECF No. 7 at 2 (citing 28 U.S.C. § 1915(g)).  The court found that plaintiff had not alleged any facts which suggest that he is under imminent danger of serious physical injury, and thus would be required to submit the appropriate

filing fee to proceed with this action. Id. The court ordered that plaintiff submit, within twenty-one days from the date of that order, a notice of election informing the court whether he wants to proceed or voluntarily dismiss this case. Id.

The time for plaintiff to notify the court as to how he wishes to proceed has now passed, and plaintiff has not made an election, otherwise responded to the order, or paid the filing fee.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 3, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE